UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Old Guard Insurance Company

    Plaintiff,

v.

Case No. 3:23-cv-176

Anker Innovations Technology Corporation

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Old Guard Insurance Company, Matthew Connolly, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states): Commonwealth of PA, Bar #201746, 100 South Street, Harrisburg, PA 17101, 800-932-0311; State of New Jersey, Bar #082382014, One Constitution Square, New Brunswick, NJ 08901, 732-249-5000; State of Ohio, Bar #97527, 1700 Lake Shore Dr., Columbus, OH 43204, 800-232-7124

[✓] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ). (listed states) USDC Eastern Pennsylvania 5/16/19; USDC Eastern Michigan 6/4/19

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 7, 2023

*(Signature—hand signed)*

Name: Matthew Connolly
Firm: de Luca Levine
Address:
    301 E. Germantown Pike, 3rd Floor, East Norriton, PA 19401

Email address: MConnolly@delucalevine.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF PENNSYLVANIA }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that MATTHEW M. CONNOLLY  Bar # 201746 was duly admitted to practice in said Court on   05/16/2019 and is in good standing as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
Jun/7/2023

**Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania**

*George Wylesol*
_____
**GEORGE WYLESOL
Clerk of Court**

DATED at Philadelphia, Pennsylvania
on  06/07/2023

BY: *Paige Conti*

Deputy Clerk

Rev. 1/20/17

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Matthew Martin Connolly** (No. **082382014**) was constituted and appointed an Attorney at Law of New Jersey on **January 20, 2014** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 1st day of June, 2023.

_____
Clerk of the Supreme Court

-453a-



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

    I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Matthew Martin Connolly**
Attorney Registration No. **0097527**

was admitted to the practice of law in Ohio on June 12, 2018; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 22nd day of May, 2023.

GINA WHITE PALMER
*Director, Attorney Services Division*

Kirstyn Moyers, *Attorney Services Specialist*
*Office of Attorney Services*

No. 2023-05-22-1
Verify by email at GoodStandingRequests@sc.ohio.gov



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Matthew Martin Connolly, Esq.*

**DATE OF ADMISSION**

*November 2, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 22, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk